UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 25-5165-GW-MBKx | Date | October 16, 2025 |
| Title | *Mary Antossyan v. The Kroger Co.* | | |

| | |
|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |

| | | |
|---|---|---|
| Javier Gonzalez | Maria Bustillos | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Todd M. Friedman | Jacob M. Harper |

**PROCEEDINGS: DEFENDANT THE KROGER CO.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT AND STRIKE ALLEGATIONS [20]; and SCHEDULING CONFERENCE**

The Court's Tentative Ruling on Defendant's Motion [20] was issued on October 14, 2025 [29]. Oral argument is held. The Tentative Ruling is adopted as the Court's Final Ruling. The Court GRANTS the Motion with respect to dismissal of the nationwide class allegations and request for punitive damages (both with leave to amend), and DENIES the Motion with respect to dismissal of Antossyan's claims for lack of standing and failure to state a claim under the UCL, FAL, and CLRA.

Court and counsel discuss scheduling. The Court sets a hearing on Plaintiff's motion for class certification for June 4, 2026 at 8:30 a.m. The parties may stipulate to the briefing schedule, except the reply, which is due by no later than May 21, 2026. The parties are free to amend pleadings under Fed. R. Civ. P. 15 up to November 21, 2025. Thereafter, any further amendments must be made by motion under Rule 16 or otherwise by order of the Court.

: 25

Initials of Preparer JG