Todd M. Friedman (216752)
Adrian R. Bacon (280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
23586 Calabasas Rd Suite 105
Calabasas, CA 91302
Phone: 877-619-8966
tfriedman@toddflaw.com
abacon@toddflaw.com
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MARY ANTOSSYAN, individually and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE KROGER, CO.,<br><br>Defendant. | Case No. 2:25-cv-05165-GW-MBK<br><br>**STIPULATION TO EXTEND THE HEARING ON PLAINTIFF'S CLASS CERTIFICATION MOTION**<br><br>[[Proposed] Order Lodged Concurrently Herewith]<br><br>Second Am. Compl. Filed: December 4, 2025<br>Judge: Hon. George H. Wu |

## <u>STIPULATION TO EXTEND THE HEARING ON PLAINTIFF'S CLASS CERTIFICATION MOTION</u>

Plaintiff, MARY ANTOSSYAN, and Defendant, THE KROGER CO., by and through their attorneys, hereby stipulate and agree that good cause exists for the Court to enter an order extending the hearing on Plaintiff's Class Certification Motion by approximately 180 days to December 3, 2026.

WHEREAS, on October 16, 2025, this Court entered an order setting the hearing for Plaintiff's Motion for Class Certification to June 4, 2026. (Dkt. 31);

WHEREAS, on October 20, 2025, Plaintiff served Defendant with her first set of Discovery requests;

WHEREAS, on November 17, 2025, Defendant requested, and Plaintiff granted, an extension on Defendant's discovery responses to December 3, 2025.

WHEREAS, on December 3, 2025, Defendant served Plaintiff with responses to Plaintiff's First Set of Discovery requests;

WHEREAS, the Parties have met and conferred several times regarding Plaintiff's discovery requests to Defendant, including by letter on December 22, 2025 and telephonically on January 7, 2026, January 9, 2026, February 4, 2026, April 9, 2026, and April 17, 2026; and Defendant has amended its discovery responses once in a spirit of compromise with Plaintiff, Defendant has agreed to further amend its discovery responses, and the Parties are continuing meet and confer to determine whether the motion practice may be necessary to resolve the Parties' discovery disputes;

WHEREAS, on January 12, 2026, Defendant served Plaintiff with a set of Requests for Production and a set of Interrogatories; Plaintiff responded to Defendant's Request for Production on March 20, 2026 and produced a total of seven pages of documents and responded to Defendant's Interrogatories on March 26, 2026;

WHEREAS, Defendant believes Plaintiff's discovery responses are deficient,

STIP TO EXTEND

Defendant has met and conferred with Plaintiff regarding those responses, and Plaintiff has indicated she will amend her discovery responses;

WHEREAS, the Parties agree it would promote economical and efficient litigation of this matter to allow additional time for the Parties to attempt to resolve their discovery disputes before proceeding to class certification;

WHEREAS, to date, Defendant has not produced documents in response to Plaintiff's Discovery Requests;

WHEREAS, Plaintiff contends that she is unable to comply with the requirements of Class Certification without discovery;

WHEREAS, Plaintiff contends that she is unable to draft a supported Motion for Class Certification without discovery;

WHEREAS, the Parties have not previously requested an extension, and good cause for extending the Class Certification Hearing Date exists;

NOW THEREFORE, the Parties respectfully requests that the Court enter the attached proposed order continuing the hearing on Plaintiff's Class Certification Motion by approximately 180 days to December 3, 2026 so that the Parties may resolve discovery disputes and Plaintiff may comply with the requirements of Class Certification.

Respectfully Submitted,

Dated: April 20, 2026

DAVIS WRIGHT TERMAINE LLP
Jacob Harper
Daniel Leigh
Monica Gibbons

By: /s/ Jacob M. Harper
Jacob M. Harper
*Counsel for Defendant*

LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman
Adrian Bacon

By: /s/ Todd M. Friedman
Todd M. Friedman
*Counsel for Plaintiff*

- 2 -

STIP TO EXTEND

## SIGNATURE ATTESTATION

I hereby attest that the other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  April 20, 2026          By:  /s/ Todd M. Friedman
                                    Todd M. Friedman
                                    *Counsel for Plaintiff*

- 3 -                                            STIP TO EXTEND

## **PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On April 20, 2026, I served a true copy of the Stipulation on all counsel of record via the ECF Filing System:

Executed on April 20, 2026.

[X] I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By:      /s/ Todd M. Friedman
         Todd M. Friedman, Esq.
         Attorney for Plaintiff

STIP TO EXTEND